## Commonwealth ex rel. Biemel, Appellant, *v.* Biemel.

Argued November 9, 1970. *Rolf R. Larsen,* with him *Larsen, Murray & O'Neill,* for appellant; *Ira F. Bradford, Jr.,* for appellee.

Order affirmed.

## Commonwealth ex rel. Entriken *v.* Entriken, Appellant.

Argued December 10, 1970. *James C. Buckley,* with him *Gibbons, Buckley & Smith,* for appellants; *Joseph P. Mylotte,* with him *McEwen & McEwen,* for appellee.

Order affirmed.

## Commonwealth ex rel. Johns, Appellant, *v.* Johnston.

Submitted December 7, 1970. *Joseph Wassell,* Assistant Public Defender, for appellant; *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Order affirmed.